```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Lisa A. Kenney

        v.                                    Civil No. 16-cv-00342-JL

Massachusetts State Police et al

### O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 5, 2016.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: August 17, 2016

cc:   Lisa A. Kenney, pro se